1108

No. 00–1011. CALCANO-MARTINEZ ET AL. *v.* IMMIGRATION AND NATURALIZATION SERVICE. C. A. 2d Cir. Certiorari granted. Brief of petitioners is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Monday, February 26, 2001. Brief of respondent is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Wednesday, March 28, 2001. A reply brief, if any, is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Monday, April 16, 2001. This Court's Rule 29.2 is suspended in this case.

JANUARY 16, 2001

No. 99–1688. KLEVE *v.* HILL, WARDEN, ET AL. C. A. 9th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Fiore* v. *White, ante,* p. 225.

No. 99–1693. WITZEL ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 7th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Gitlitz* v. *Commissioner, ante,* p. 206.

No. 99–2008. HOUSTON, WARDEN *v.* KILPATRICK. C. A. 11th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Lopez* v. *Davis, ante,* p. 230.

No. 99–8840. ROBINSON *v.* UNITED STATES. C. A. 7th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Glover* v. *United States, ante,* p. 198.

No. 00–18. BOOKER, WARDEN *v.* WARD ET AL. C. A. 10th Cir. Motion of respondents for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Lopez* v. *Davis, ante,* p. 230.